UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER,

      Plaintiff,

v.

      File no: 1:23-cv-627

      HON. ROBERT J. JONKER

UNKNOWN PECHTEL, et al.,

      Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 20, 2024 (ECF No. 35). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 35) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (ECF No. 20) is **DENIED**.


Dated:  July 15, 2024           /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE